UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| **PREMIER ORGANICS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CV-09-2872 (VRW) |
| ) | |
| **BLUE MOUNTAIN ORGANICS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Premier Organics, Inc. and Blue Mountain Organics, LLC have notified the Court that they have resolved all claims and counterclaims in this action pursuant to an Agreement and request that the Court dismiss this action with prejudice with each party to bear its own attorneys' fees, costs and expenses.

Accordingly, it is **ORDERED** that the Amended Complaint and Counterclaims filed herein be and are hereby dismissed with prejudice and these matters are stricken from the docket.

The Clerk is directed to mail a certified copy of this Order to counsel of record.

ENTERED this ___18th___ day of December, 2009.



_____
United States District Judge

We request entry of this Order:

_____
Harmeet K. Dhillon , Esq.
David Lihwei Lin, Esq.
DHILLON & SMITH, LLP
214 Grant Avenue, Suite 400
San Francisco, CA 94108

      Counsel for Premier Organics, Inc.


___/s/ Joshua F. P. Long_____
Joshua F. P. Long (VSB #65684)
WOODS ROGERS PLC
Wachovia Tower
10 S. Jefferson Street, Suite 1400
P.O. Box 14125
Roanoke, Virginia  24038-4125
(540)983-7600
(540)983-7711 (fax)
jlong@woodsrogers.com
*Pro Hac Vice*

Bruno W. Tarabichi, State Bar No. 215129
OWENS TARABICHI LLP
111 W. Saint John St., Suite 588
San Jose, California 95113
Telephone:  408.298.8200
Facsimile:   408.521.2203
btarabichi@owenstarabichi.com

      Counsel for Blue Mountain Organics, LLC

2